# Court of Appeals
## of the State of Georgia

ATLANTA,  July 31, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2142. HAJIANI v. MCDONALDS USA, LLC.**

This appeal was docketed on June 30, 2025, and therefore, Appellant's brief and enumerations of error were due on July 21, 2025. Because Appellant has not filed a brief nor a timely motion for extension of time to file a brief,[1] this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/31/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See Court of Appeals Rules 16 (b), 23 (a).